BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-0166 PJH |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO JUNE 8, 2010 |
| v. ) | |
| ) | Date:   June 3, 2010 |
| EDWARD TURNER, ) | Time:   ~~10:00 a.m.~~  9:30 a.m. |
| ) | Court:  Hon. Donna Ryu |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

   The above-captioned matter is set on June 3, 2010 before this Court for a status hearing on a petition to revoke supervised release.  The parties request that this Court continue the hearing to June 8, 2010 at 10:00 a.m. before Magistrate Judge Donna Ryu.  The government is considering dismissal of the petition and needs additional time to perform research.  Because this is a supervised release violation, there is no issue regarding speedy trial time.  Mr. Turner is out of custody.

DATED: June 2, 2010

  /s/ Andrew Huang                              /s/ Ned Smock
ANDREW HUANG                                NED SMOCK
Assistant United States Attorney            Counsel for Edward Turner
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE
No. CR-10-0166 PJH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-0166 PJH |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 8, 2010 |
| v. | ) ) | |
| EDWARD TURNER, | ) ) | Date:     June 3, 2010<br>Time:    ~~10:00~~ a.m.  9:30 a.m. |
| Defendant. | ) | Court:   Hon. Donna Ryu |
| _____ | ) ) ) | |

    The parties jointly requested that the hearing in this matter be continued from June 3, 2010 to June 8, 2010 to provide the government time to perform additional research.

    **IT IS HEREBY ORDERED** that the status hearing in this matter is continued to June 8, 2010 at 10:00 a.m. before Magistrate Judge Donna Ryu.

DATED: 6/2/10

GRANTED
*Judge Donna M. Ryu*

_____
HON. DONNA RYU
United States Magistrate Judge